584 A.2d 233

THOMAS H. BARNEY v. BOARD OF TRUSTEES, POLICE AND
FIREMEN'S RETIREMENT SYSTEM.

May 30, 1990.

Petition for certification denied.   (See 238 *N.J.Super.* 556,
570 *A.*2d 456)

584 A.2d 233

MERRICK B. WILSON v. IAN LIVINGSTONE, ET AL.

May 30, 1990.

Petition for certification denied.

584 A.2d 234

IN THE MATTER OF THE FOURTH TEMPORARY SOLID WASTE
FACILITY PERMIT FOR THE BERGEN COUNTY RESOURCE
RECOVERY FACILITY ISSUED APRIL 27, 1989.

IN THE MATTER OF THE TEMPORARY SOLID WASTE
FACILITY PERMIT FOR THE BERGEN COUNTY
RESOURCE RECOVERY FACILITY.

May 30, 1990.

Petition for certification denied.